UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
KINGVISION PAY-PER-VIEW, LTD.,
as broadcast licensee of the
December 2, 2000 Trinidad/Vargas Program

        Plaintiff,

     -against-

TARDES CALENAS RESTAURANT,

        Defendant.
----------------------------------------------------X

NOT FOR PUBLICATION
**ORDER**

04 CV 3624 (CBA) (MDG)

AMON, UNITED STATES DISTRICT JUDGE

    This Court has received the report and recommendation ("R&R") of the Honorable Marilyn D. Go, United States Magistrate Judge, recommending that this Court award plaintiff statutory damages in the amount of $10,000 and costs in the amount of $510 against the defaulting defendant Tardes Calenas Restaurant. No party has objected to the R&R.

    The Court hereby adopts the report and recommendation as the opinion of the Court, and directs the Clerk of the Court to enter judgment in accordance with this Order.

    SO ORDERED.

Dated:    Brooklyn, New York
           November 29, 2005

                                                Carol Bagley Amon
                                                United States District Judge